IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**BLUE MOUNTAIN BEACH GROUP, LLC.,**

       **Plaintiff,**

    v.                                Case No. 3:04cv254/RV/MD

**VILLAGE AT BLUE MOUNTAIN BEACH,
LLC., et al.,**

       **Defendant.**
_____/

## ORDER OF DISMISSAL

By order entered herein on June 4, 2007, the parties were directed to show cause, if any there be, why this case should not be dismissed. No response has been filed.

Accordingly, this case is hereby DISMISSED, without prejudice.

DONE AND ORDERED this 27th day of June, 2007.

                                  /s/ *Roger Vinson*
                                  **ROGER VINSON
                                  Senior United States District Judge**